UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DONNELLY SWEENEY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CHRISTINE CARRINGER, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-03148-JCS<br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs have filed a complaint alleging a 25-year conspiracy against them in connection with property that is located in Solano County, Point Buckler and Chipps Island ("Properties"). They have named close to twenty defendants and assert claims based on the involvement of these individuals (including judges, prosecutors and sheriffs) in legal and administrative actions to enforce various laws and regulations, including the Clean Water Act, in connection with the Properties.

Plaintiffs allege in the complaint that venue is proper "under 28 U.S.C. § 1391(b) as substantial events occurred in Solano County and the San Francisco Bay jurisdiction, within this district, encompassing Point Buckler and Chipps Islands." Complaint at ECF p. 10. It is apparent from the Complaint that the Properties are located in the San Francisco Bay but are part of Solano County, which is in the Eastern District of California. There are no allegations in the Complaint suggesting that a substantial part of the events in this case occurred within the Northern District of California. Therefore, Plaintiffs are ORDERED TO SHOW CAUSE why this case should not be

1  transferred to the Eastern District of California.  Plaintiffs' response shall be filed within fourteen
2  (14) days.
3  **IT IS SO ORDERED.**

5  Dated:  April 11, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge