Electronically Submitted on 08/28/2025 09:37 AM

ROB BONTA
Attorney General of California
JANELLE M. SMITH
Supervising Deputy Attorney General
MATTHEW G. BULLOCK, SBN 243377
BRYANT B. CANNON, SBN 284496
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-1982
 Fax:  (510) 622-2270
 E-mail:  Bryant.Cannon@doj.ca.gov
*Attorneys for Plaintiff*

**ELECTRONICALLY FILED**
Superior Court of California,
County of Solano
**08/28/2025 at 09:37:28 AM**
By: S. McClure, Deputy Clerk

*Exempt from filing fee under*
*Government Code § 6103*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SOLANO

| | |
|---|---|
| **CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,** | Case No. CU24-01789 |
| Plaintiff, | **NOTICE OF ENTRY OF JUDGMENT** |
| **v.** | Dept: 22<br>Judge: Hon. Alesia Jones<br>Action Filed: March 8, 2024 |
| **JOHN D. SWEENEY; JOHN D. SWEENEY, AS TRUSTEE OF THE JOHN D. SWEENEY REVOCABLE TRUST; JENNIFER L. FROST; AND DOES 1 THROUGH 50, INCLUSIVE,** | |
| Defendants. | |

1

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 25, 2025, a judgment was entered against Defendant Jennifer L. Frost. A true and correct copy of the default is attached hereto as Exhibit 1.

Dated:  August 28, 2025                                Respectfully submitted,

ROB BONTA
Attorney General of California


/s/ Bryant Cannon

BRYANT B. CANNON
Deputy Attorney General
*Attorneys for Plaintiff*

# Exhibit 1

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Solano
08/22/2025 at 09:38:51 AM
By: J. Abueg, Deputy Clerk

**FILED**
Superior Court of California,
County of Solano

08/25/2025
By: K. Chalk, Deputy Clerk

1   ROB BONTA
    Attorney General of California
2   JANELLE M. SMITH
    Supervising Deputy Attorney General
3   MATTHEW G. BULLOCK, SBN 243377
    BRYANT B. CANNON, SBN 284496
4   Deputy Attorneys General
     1515 Clay Street, 20th Floor
5    P.O. Box 70550
     Oakland, CA  94612-0550
6    Telephone:  (510) 879-1982
     Fax:  (510) 622-2270
7    E-mail:  Bryant.Cannon@doj.ca.gov          *Exempt from filing fee under*
    *Attorneys for Plaintiff California Regional Water*    *Government Code § 6103*
8   *Quality Control Board, San Francisco Bay Region*

9                SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                          COUNTY OF SOLANO

11

12

13  **CALIFORNIA REGIONAL WATER**          Case No. CU24-01789
14  **QUALITY CONTROL BOARD, SAN**
    **FRANCISCO BAY REGION,**              [PROPOSED] **JUDGMENT**
15
                              Plaintiff,   Dept:        22
16                                          Judge:       Hon. Alesia Jones
                                            Trial Date:   None Set
17        **v.**                            Action Filed:  March 8, 2024

18  **JOHN D. SWEENEY; JOHN D.**
    **SWEENEY, AS TRUSTEE OF THE JOHN**
19  **D. SWEENEY REVOCABLE TRUST;**
    **JENNIFER L. FROST; AND DOES 1**
20  **THROUGH 50, INCLUSIVE,**

21                            Defendants.

22

23

24

25

26

27

28

                                    1

On March 8, 2024, Plaintiff California Regional Water Quality Control Board, San Francisco Bay Region (Regional Water Board or Board) filed a summons and Complaint to Void Fraudulent Conveyances under Civil Code, § 3439 et seq. The Board served that Complaint on Defendant Jennifer L. Frost on March 14, 2024, and served that Complaint on John D. Sweeney and John D. Sweeney as Trustee of the John D. Sweeney Revocable Trust on May 5, 2024. Defendants Mr. Sweeney in his individual capacity and Mr. Sweeney as Trustee failed to answer the Complaint, or otherwise appear and defend the action, within the time allowed by law. A default judgment as to those defendants was entered on July 31, 2024, and is attached as Exhibit A.

On April 1, 2025, the Board filed a motion for summary judgment against Mrs. Frost as the remaining defendant. Mrs. Frost did not file an opposition. The Tentative Opinion issued on June 20, 2025, and was adopted as a final opinion by the Court at the June 23, 2025 hearing in this matter. That Opinion is attached as Exhibit B.

Having fully considered the motion for summary judgment, as well as all other pleadings, records, and files in this action,

IT IS HEREBY ADJUDICATED, ORDERED, AND DECREED that:

1.     For the reasons stated in the attached Opinion, judgment is entered in favor of Plaintiff Regional Water Board and against Defendant Jennifer L. Frost.

2.     The $1,050,000 in transfers from Mr. Sweeney to Mrs. Frost in the amounts of $175,000 on March 10, 2020, $75,000 on September 25, 2020, and $800,000 on January 28, 2021, are voided as actually and constructively fraudulent transfers and are found to constitute a fraud;

3.     The fraudulently transferred $1,050,000 was the source of funds for the development of the property and residence at 3826 Denverton Road, Suisun City, CA 94585;

4.     Defendant Jennifer L. Frost is enjoined from further disposition of the transferred assets or property acquired from those assets to the extent she exercises any control over such property or assets;

5.    Defendant Jennifer L. Frost shall pay $1,050,000 to the Regional Water Board within 30 days of entry of this Judgment; and

6.    The Court shall retain jurisdiction of this matter for purposes of enforcing this Judgment and has previously retained jurisdiction for purposes of enforcing the default judgment as to Mr. Sweeney. The Court's retained jurisdiction over this matter includes, but is not limited to, such additional injunctive relief as necessary to enforce this Judgment, including authorization by the Court on noticed motion to sell, disburse, or administer assets or property subject to this Judgment in order to facilitate compliance with or otherwise enforce Defendant Frost's obligations as outlined in Paragraph 5 above. This Judgment is to be enforced consistent with the judgments and orders in related case Solano Superior Court, Case No. FCS048136, including the September 2, 2022 Assignment, Restraining, and Turnover Order.

.

Dated:    **08/25/2025**

Hon. Alesia Jones
Judge of the Superior Court

[Proposed] Judgment (CU24-01789)

# Exhibit A

Received _____

Clerk of the Superior Court

ORIGINAL

1   ROB BONTA
    Attorney General of California
2   LINDSAY N. WALTER
    Acting Supervising Deputy Attorney General
3   MATTHEW G. BULLOCK, SBN 243377
    BRYANT B. CANNON, SBN 284496
4   Deputy Attorneys General
     1515 Clay Street, 20th Floor
5    P.O. Box 70550
     Oakland, CA 94612-0550
6    Telephone: (510) 879-1982
     Fax: (510) 622-2270
7    E-mail: Bryant.Cannon@doj.ca.gov          *Exempt from filing fee under*
     *Attorneys for Plaintiff California Regional Water*      *Government Code § 6103*
8    *Quality Control Board, San Francisco Bay Region*

9                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                   COUNTY OF SOLANO              **FILED**
                                          Superior Court of California,
11                                            County of Solano
                                          **07/31/2024 at 11:01:07 AM**
12                                          By: K. Chalk, Deputy Clerk

13
     **CALIFORNIA REGIONAL WATER**        Case No. CU24-01789
14   **QUALITY CONTROL BOARD, SAN**
     **FRANCISCO BAY REGION,**            [~~PROPOSED~~] **DEFAULT JUDGMENT**
15
                        Plaintiff,        Dept:      ~~TBA~~
16                                        Judge:     Hon. Alesia Jones
              v.                          Trial Date: None Set
17                                        Action Filed: March 8, 2024

18   **JOHN D. SWEENEY; JOHN D.**
     **SWEENEY, AS TRUSTEE OF THE JOHN**
19   **D. SWEENEY REVOCABLE TRUST;**
     **JENNIFER L. FROST; AND DOES 1**
20   **THROUGH 50, INCLUSIVE,**

21                      Defendants.

22

23

24

25

26

27

28

                                    1

**INTRODUCTION**

On March 8, 2024, Plaintiff California Regional Water Quality Control Board, San Francisco Bay Region (Regional Water Board or Board) filed a summons and Complaint to Void Fraudulent Conveyances under Civil Code, § 3439 et seq. The Board served that Complaint on Defendant Jennifer L. Frost on March 14, 2024, and served that Complaint on John D. Sweeney and John D. Sweeney as Trustee of the John D. Sweeney Revocable Trust on May 5, 2024. Defendants Mr. Sweeney in his individual capacity and Mr. Sweeney as Trustee failed to answer the Complaint, or otherwise appear and defend the action, within the time allowed by law. Accordingly, on June 6, 2024, the Clerk of the Court entered a default as to those Defendants, as requested by the Board.

On July 19, 2024, the Board filed a request for a court judgment based on the default, together with a supporting memorandum, and request for judicial notice.

Having fully considered the above-referenced memorandum and request for judicial notice pursuant to Code of Civil Procedure section 585, as well as all other pleadings, records, and files in this action,

IT IS HEREBY ADJUDICATED, ORDERED, AND DECREED that:

1.    Judgment shall be entered in favor of Plaintiff Regional Water Board and against Defendants John D. Sweeney and John D. Sweeney as Trustee of the John D. Sweeney Revocable Trust.

2.    The $1,050,000 in transfers from Mr. Sweeney to Mrs. Frost in the amounts of $175,000 on March 10, 2020, $75,000 on September 25, 2020, and $800,000 on January 28, 2021, are voided as actually and constructively fraudulent transfers and are found to constitute a fraud;

3.    Defendants John D. Sweeney and John D. Sweeney as Trustee of the John D. Sweeney Revocable Trust are enjoined from further disposition of the transferred assets to the extent they exercise any control over those transferred assets;

4.    The Board is awarded its costs of suit in the amount of $1,648.34.

1        5.     The Court shall retain jurisdiction of this matter for purposes of enforcing this

2    Judgment, including, but not limited to, assessing additional injunctive relief pursuant to

3    Paragraph 3 of this Judgment.

4        6.     This Judgment shall go into effect immediately upon filing.

Dated: **07/22/2024**

Hon. Alesia Jones
Judge of the Superior Court

# Exhibit B

**9:30 CALENDAR**

**CALIFORNIA REGIONAL WATER QUALITY BOARD, SF BAY REGION v JOHN SWEENEY, et al.**
**CU24-01789**

Motion for Summary Judgment

<u>TENTATIVE RULING</u>

Plaintiff's unopposed motion for summary judgment is granted.

Defendant has neither served nor filed a separate statement responding to the facts Plaintiff contends are undisputed, which alone justifies granting the motion. (Code Civ. Proc. § 437c(b)(3).)

Moreover, Plaintiff has presented evidence establishing that Defendant Frost is collaterally estopped from relitigating whether Defendant Sweeney fraudulently transferred assets to her. There are five elements to establish collateral estoppel: 1) the issue sought to be precluded must be identical to that decided in a former proceeding, 2) the issue must have been actually litigated in the former proceeding, 3) the issue must have been necessarily decided in the former proceeding, 4) the decision in the former proceeding must have been final and on the merits, and 5) the party against whom preclusion is sought must be the same as, or in privity with, the party to the former proceeding. (*Lucido v. Superior Court* (1990) 51 Cal.3d 335, 341.) Plaintiff presents evidence that Judge Carringer issued a post-judgment discovery order imposing issue sanctions on Defendant Sweeney in case number FCS048136 establishing that "[a]ll of Sweeney's transfers to Jennifer Lesa Frost after the determining of his liability and the issuance of the ACL Order on December 14, 2016 are deemed both actually fraudulent and constructively fraudulent as to the Board as creditor to debtor Sweeney" and "all things of value including assets of any type transferred to Jennifer Lesa Frost after December 14, 2016 should be found to have been transferred '[w]ith actual intent to hinder, delay, or defraud any creditor of the debtor' as those terms are meant pursuant to Civil Code section 3439.04, subdivision (a)(1) and constructively fraudulent as that term is meant pursuant to Civil Code sections 3439.04, subdivision (a)(2) and 3439.05." (Appendix of Evidence, Vol. III, Exh. 52.) A post-judgment discovery order is final and appealable. (*Fin. Holding Co ., LLC v. Molina* (2018) 29 Cal.App.5th 663, 674.) And, as his spouse, Defendant Frost is in privity with Defendant Sweeney. (*Mueller v. J.C. Penney Co.* (1985) 173 Cal.App.3d 713, 723.)

Alternatively, Plaintiff has presented undisputed facts establishing each element of its causes of action. (Code Civ. Proc. § 437c(p)(1); *Aguilar v. Atl. Richfield Co.* (2001) 25 Cal.4th 826, 853.) A transfer made by a debtor is deemed fraudulent as to a creditor if the transfer is made with actual intent to hinder, delay, or defraud any creditor of the debtor or the transfer is made without receiving a reasonably equivalent value in exchange and the debtor intended to incur or believed or reasonably should have believed that the debtor would incur debts beyond the debtor's ability

to pay as they became due. (Civ. Code § 3439.04(a).)  If the creditor's claim arose before a transfer was made, the transfer is deemed fraudulent if it was made without receiving a reasonably equivalent value and the debtor was insolvent at the time of the transfer or the debtor became insolvent as a result of the transfer. (Civ. Code § 3439.05.)  In determining whether a debtor acted with intent to hinder, delay, or defraud a creditor, the court may consider pertinent "badges of fraud", including 1) whether the transfer was made to an insider, 2) whether the transferee retained possession or control after the transfer, 3) whether the transfer was disclosed, 4) whether the debtor had been sued or threatened with suit before the transfer was made, and 5) whether the debtor received reasonably equivalent value for the transfer. (*Filip v. Bucurenciu* (2005) 129 Cal.App.4th 825, 834.)  Plaintiff presents undisputed facts that: 1) Defendant Frost is an insider, 2) Defendant Sweeney retained control over the transferred funds, 3) Defendants concealed the transfers from Plaintiff, 4) Plaintiff's claims arose, and Defendant Sweeney engaged in litigation regarding the claims, prior to the transfers, 5) Defendant Sweeney did not receive reasonably equivalent value for the transfers, and 6) Defendant Sweeney claimed an inability to pay his debt after transfer of the funds. (UMF 2-5, 22-23, 26-27, 30-31, 35.)

Consequently, the burden of establishing the existence of a triable issue of material fact shifted to Defendant Frost. (Code Civ. Proc. § 437c(p)(1).)  By failing to present any evidence in opposition to the motion, Defendant has failed to meet her burden.

## DECLARATION OF SERVICE BY E-MAIL and U.S. MAIL

Case Name*:    Regional Water Board-San Francisco Bay v. John D. Sweeney, et al.*

Case No.:    Solano County Superior Court Case No.: CU24-01789

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  My business address is: 1515 Clay Street, 20th Floor, P.O. Box 70550, Oakland, CA  94612-0550.   My electronic service address is christine.soo@doj.ca.gov.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On August 28, 2025, I served the attached **NOTICE OF ENTRY OF JUDGMENT** by transmitting a true copy via electronic mail.  In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

Jennifer L. Frost
3826 Denverton Rd.
Suisun City, CA 94585
**E-mail**: collectfrost@gmail.com

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 28, 2025, at Oakland, California.

<table>
<tr><td>Christine Soo</td><td></td></tr>
<tr><td>Declarant</td><td>Signature</td></tr>
</table>

SF2017203011
92005981.docx